# EXHIBIT 2

# INVOICE

Royal Flush Plumbing Inc
2330 Hewatt Rd
Snellville, GA 30039

team@royalflushplumbing.com
+1 (770) 408-8185
https://plumbatlanta.com/

Southern Specialty Properties LLC
Bill to
70 Priscilla Way
Newnan, GA, 30265

Invoice details
Invoice no.: 6789
Invoice date: 01/02/2026
Due date: 01/09/2026

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | PEX Repipe Conversion | Removal of existing polybutylene piping and replacement with new PEX water supply lines throughout property. Includes installation connections testing and verification of proper system function. | 1 | $5,500.00 | $5,500.00 |

Total $5,500.00

**Warranty**

**Workmanship and installation warranted for a period of one year from date of completion.**

**PAID**