# EXHIBIT 3

Google

+1 (770) 408-8185

All Images Maps Videos Shopping Forums More Tools

svdcuria
https://svdcuria.org › uploads › 2026/06 PDF

### CATALOGUS SODALIUM SOCIETATIS VERBI DIVINI 2026

Jun 1, 2026 — Antioquia Tel.: [+57] (604) **408 8185**; (604) 590 2214 E-mail: parroquiaverbodivinomedellin@gmail.com Betancur Sánchez, Carlos Eduardo,

Scribd
https://www.scribd.com › document › Untitled

### Zeppelin GmbH 2021 Annual Report | PDF | Business

This document is the 2021 Annual Report for Zeppelin GmbH. It provides an overview of key financial figures and performance metrics for Zeppelin GmbH and ... Read more

Scribd
https://es.scribd.com › document · Translate this page

### Resultados Admisión 2018-II Medicina | PDF | Biología

PSICOLOGIA **408,8185** No obtuvo el puntaje mínimo requerido para entrevista, por tanto no puede continuar en el proceso de admisión.

*In order to show you the most relevant results, we have omitted some entries very similar to the 3 already displayed.*
*If you like, you can repeat the search with the omitted results included.*







### Southern Specialty Properties

3.0 ★★★★★ 6 Google reviews
Investment company in Gwinnett County, Georgia

Directions Reviews Save Share

Call

**Located in:** Hamilton Mill Commons

**Address:** 3611 Braselton Hwy Ste 203, Dacula, GA 30019

**Phone:** (770) 480-8675

**Hours:** Closes soon · 5 PM · Opens 9 AM Mon

Suggest an edit · Own this business?

Add missing information

Add website

Reviews Write a review Add photos

3.0 ★★★★★ 6 Google reviews

From Southern Specialty Properties

"Southern Specialty Properties specializes in transforming distressed properties into profitable real estate investments. With a focus on complete transparency, we provide a verified track record of over 600 completed deals, turning foreclosures into... More

Profiles

Facebook

About this data

Results are not personalized

60515, Downers Grove, IL - From your IP address - Update location

Help Send feedback Privacy Terms